UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRI MCDONALD,

    Plaintiff,

vs                                             Case No: 13-12312
                                                  Honorable Victoria A. Roberts

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

On March 25, 2014, Magistrate Judge Hluchaniuk issued a Report and Recommendation [Doc. 12], recommending that Defendant's Motion for Summary Judgment [Doc. 11] be GRANTED and Plaintiff's Motion for Summary Judgement [Doc. 9] be DENIED.  Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).  Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**. Judgment will enter in favor of Defendant.

      **IT IS ORDERED**.

                                        S/Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated:  May 14, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 14, 2014.

S/Linda Vertriest
Deputy Clerk